IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NO. 1:20-CR-59-10

STEVEN POSLEY

**ORDER**

Prior to his former retained counsel's disqualification by this Court, Steven Posley filed multiple motions seeking to preclude certain evidence from being admitted at trial and to sever certain codefendants. Docs. #416, #417, #420. Posley's retained counsel also filed on Posley's behalf a motion for reconsideration and a motion to appeal a January 4, 2022, order denying Posley's motion to compel the disclosure of confidential informants. Docs. #493, #502.

On August 1, 2022, following the disqualification of Posley's retained counsel[1] and the appointment of new counsel,[2] the Court ordered Posley to "advise the Court no later than August 15, 2022, whether he intends to withdraw or seek leave to supplement any of the pending motions, or whether he wants the Court to decide them as filed" and ordered that any motions for leave to supplement "must be docketed no later than August 22, 2022." Doc. #647. On Posley's motion,[3] the Court (1) extended until August 22, 2022, Posley's deadline to advise the Court regarding the pending motions, and (2) extended until August 26, 2022, his deadline to seek leave to supplement the motions. Doc. #653.

On the August 22 deadline, Posley's appointed counsel informed the Court by e-mail that he "re-urges each of his pending motions" and "will advise the Court via motion of his intent to

---

[1] Doc. #545.

[2] Doc. #630.

[3] Doc. #652.

seek leave to supplement … no later than August 26, 2022." The same day, Posley filed a motion to continue trial based on his counsel needing "additional time to review the voluminous discovery, to conduct an independent investigation of the facts of the case, and to otherwise conduct legal research and adequately prepare this case for trial." Doc. #655 at 1–2. The next day, the Court granted the motion, continued the trial date until November 28, 2022, and extended the pretrial deadlines accordingly. Doc. #657.

Based on (1) the current pretrial deadlines, (2) Posley's need to review discovery, investigate, and research, and (3) this Court's conclusion that it would be most judicially efficient to consider in a single motion any matters Posley may raise by supplement (rather than considering the original motions and any supplementation by Posley) with any and all facts, arguments, and legal authorities, all of Posley's pending motions filed by his former counsel [416][417][420][493][502] are **DENIED without prejudice**. Posley may file new motions on the topics raised by such motions within the deadlines set by the Court's August 23 order continuing trial. *See* Doc. #657. Should Posley wish to renew his request for reconsideration and/or appeal of the January 4 order, his objections to the order must be filed by October 24, 2022.

**SO ORDERED**, this 23rd day of August, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**